**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FALASTEEN HUSSEIN,

|                      |                        |
|----------------------|------------------------|
| Petitioner,          | **ORDER**              |
| -against-            | **26-CV-1373 (AT) (JW)** |

INTERNATIONAL COMMODITY
TRADERS, LLC and MICHAEL URSINI,

Respondents.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Petitioner's petition to vacate the arbitration award (see Dkt. No. 1) and Petitioners' motion to dismiss for lack of jurisdiction (see Dkt. No. 5). The Court would like additional briefing from each party regarding whether Petitioner's petition to vacate violates 9 U.S.C. § 12, which states that "[n]otice of a motion to vacate, modify, or correct an award must be served upon the adverse party or his attorney within three months after the award is filed or delivered." Each party is directed to file a letter motion, no more than five pages single-spaced, with their position by **April 30, 2026**.

**The Clerk of Court is respectfully requested to mail a copy of this order to *pro se* Petitioner.**

SO ORDERED.

DATED:      New York, New York
            April 17, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge