USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Falasteen Hussein,

Petitioner,

-against-

INTERNATIONAL COMMODITY TRADERS, LLC and MICHAEL URSINI,

Respondents.

26 Civ. 1373 (AT) (JW)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

Plaintiff *pro se*, Falasteen Hussein, filed a petition to vacate an arbitration award related to a dispute over an investment agreement. *See* Pet., ECF No. 1. Respondents move to dismiss the petition. *See* Mot., ECF No. 5; Mem., ECF No. 6. Pursuant to an order of reference, *see* ECF No. 8, the Honorable Jennifer Willis issued a report and recommendation ("R&R") recommending that Respondents' motion be granted and the petition be dismissed for untimely and inadequate service of process. *See* R&R at 4–7, ECF No. 15.

Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has now passed. *See id.* at 8–9; 7/15/2026 Mailing Receipt ECF Entry; Fed. R. Civ. P. 72(b)(2). Because no objections were made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Willis' thorough and well-reasoned R&R.

Accordingly, the Court ADOPTS the R&R in its entirety. Petitioner's motion to vacate the arbitration award is DISMISSED with prejudice.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 5, mail a copy of this order to Petitioner *pro se*, and close the case.

SO ORDERED.

Dated: August 6, 2026
New York, New York

ANALISA TORRES
United States District Judge